FILED

11/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0418

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No. DA 21-0418

IN RE THE MARRIAGE OF:   )
          ) **ORDER OF SUBSTITUTION**
JENNIFER L. RUSSUM,   ) **OF MEDIATOR**
          )
  Petitioner and Appellant, )
          )
and         )
          )
MATTHEW S. WENDT,   )
          )
  Respondent and Appellee. )
_____)

The parties have notified this Court of an agreed upon mediator substitution.

IT IS HEREBY ORDERED THAT attorney **Robert Jovick** is hereby substituted to conduct the mediation process required by M.R.App.P., 7(5).

True copies of this order are being provided to counsel of record for the parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2021